IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


ASHLEY HARRIS,                                          Civ. No. 6:25-cv-01455-AA

                        Plaintiff,                      **OPINION & ORDER**

          v.

PEACEHEALTH RIVERBEND,

                        Defendant.

_____

AIKEN, District Judge.

On January 29, 2026 the Court granted Plaintiff's IFP petition but dismissed the Complaint with leave to amend.  ECF No. 7.  Plaintiff was given thirty days to file an amended complaint and warned that failure to timely file an amended complaint would result in the entry of a judgment without further notice.

The time for filing a second amended complaint has passed and no amended pleading has been submitted.  Consistent with the Court's prior Order, this case is DISMISSED.  Final judgment shall be entered accordingly.

It is so ORDERED and DATED this ____8th____ day of April 2026.


                                       /s/Ann Aiken
                                       ANN AIKEN
                                       United States District Judge


Page 1 –OPINION & ORDER